UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LP

Jonathan Lee Riches©,
Plaintiff

V.

Lisa Leslie d/b/a Los Angeles Sparks WNBA Team Player,
Defendant

Civil No: 07-5306

## Complaint

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, moves under 42 USC 1983 and civil rights violations. Plaintiff seeks $75 million dollars. Lisa Leslie has been harassing me at FCI Williamsburg. Defendant won't let me play basketball, I'm subjected to no recreation, this is civil rights violation. I'm in solitary, Leslie calls me skinny white boy, she threatens me with spark plugs. I seek a restraining order.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590

843-387-9400

Respectfully
Submitted

Jonathan Lee Riches©